# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Peter Bonavito,

    Plaintiff,

v.

Nevada Property, LLC,

    Defendant.

Case No.: 2:13-cv-417-JAD-PAL

**Order Re: Doc. 48**

Based on the findings and conclusions stated on the record during the December 10, 2014, hearing,

It is HEREBY ORDERED that defendant's Motion for Summary Judgment **[Doc. 48]** **is DENIED**.

The parties are hereby ordered to a settlement conference before a Magistrate Judge.

DATED: December 10, 2014

                                                Jennifer A. Dorsey
                                                United States District Judge