SAO
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
Email: kzeppenfeld@ksjattorneys.com
Attorneys for Defendant
Nevada Property 1, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PETER BONAVITO,

    Plaintiff,

vs.

NEVADA PROPERTY 1 LLC,

    Defendant.

Case No.: 2:13-cv-417-JAD-CWH

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, PETER BONAVITO, by and through his attorneys, CAMPINHA BACOTE, LLP, and Defendant, Nevada Property 1 LLC, by and through its attorneys of record, the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., that Case No. 2:13-cv-417-JAD-CWH, is hereby dismissed in its entirety with prejudice pursuant to LRCP 7-1, and that all parties agree to bear their own attorneys' fees and costs.

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of of Court is instructed to close this case.

Dated: March 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of March, 2015.

        KRAVITZ, SCHNITZER & JOHNSON, CHTD.

        _/s/ Martin J. Kravitz_

        MARTIN J. KRAVITZ, ESQ.
        Nevada Bar No. 83
        KRISTOPHER T. ZEPPENFELD, ESQ.
        Nevada Bar No. 12144
        8985 So. Eastern Avenue, Suite 200
        Las Vegas, Nevada 89123
        Telephone: (702) 362-6666
        Facsimile: (702) 362-2203
        *Attorneys for Defendant,*
        NEVADA PROPERTY 1, LLC

DATED this 27th day of February, 2015.

        CAMPINHA BACOTE, LLP

        _/s/ Avonte D. Campinha-Bacote_

        Avonte D. Campinha-Bacote (0085845)
        Two Miranova Place, Suite 500
        Columbus, Ohio 43215
        Telephone: (614) 233-4272
        Facsimile: (614) 228-0146
        *Attorney for Plaintiff*
        PETER BONAVITO